# First District Court of Appeal
## State of Florida

———————————————

No. 1D18-2679

———————————————

MIGUEL ANGEL RIOS, JR.,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————

Petition Alleging Ineffective Assistance of Appellate Counsel—Original Jurisdiction.

September 25, 2018

PER CURIAM.

DISMISSED. *See* Fla. R. App. P. 9.141(d)(5) and 9.141(d)(6)(C).

MAKAR, OSTERHAUS, and JAY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Miguel Angel Rios, Jr., pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.